| Tower Equity LLC - Wells Fargo xxxx-4517 ||||| 
|---|---|---|---|---|
| Date | Amount | Transaction Kind | Check No. | Payee |
| 5/20/2020 | $49,653.18 | Check | 1026 | Magicstar Arrow Incorporated |
| 5/29/2020 | $66,242.64 | Check | 1027 | Magicstar Arrow Incorporated |
| Total | $115,895.82 | | | |

| Barrick Capital - Wells Fargo xxxx-9973 |||||
|---|---|---|---|---|
| 6/17/2020 | $41,170.45 | Check | 1071 | Magic Star Arrow Inc. |
| 7/22/2020 | $42,120.10 | Check | 1121 | Magic Star Arrow Inc. |
| 5/1/2020 | $50,248.33 | Check | 1100 | Magic Star Arrow Inc. |
| 7/2/2020 | $42,435.35 | Check | 1264 | Magic Star Arrow Inc. |
| Total | $175,974.23 | | | |

| Barrick Capital - Bank of America xxxx-6672 |||||
|---|---|---|---|---|
| 4/13/2020 | $49,345.89 | WT | N/A | Magicstar Arrow |
| 3/24/2020 | $49,345.89 | WT | N/A | Magicstar Arrow |
| 3/10/2020 | $48,208.21 | WT | N/A | Magicstar Arrow |
| 2/20/2020 | $48,839.44 | WT | N/A | Magicstar Arrow |
| Total | $195,739.43 | | | |

| Tower Equity - Bank of America - xxxx-7454 |||||
|---|---|---|---|---|
| 1/9/2020 | $45,000.00 | Wire | N/A | Magicstar Arrow |
| Total | $45,000.00 | | | |

| Tower Holdings - Opus Bank xxxx-9389 |||||
|---|---|---|---|---|
| 2/12/2018 | $57,000.00 | Wire | N/A | Magicstar Arrow |
| Total | $57,000.00 | | | |


EXHIBIT C

| Chase Metals - Bank of America xxxx-4024 | | | | |
|---|---|---|---|---|
| 12/13/2017 | $20,700.51 | Check | 1077 | Magic Star Arrow Entertainment LLC |
| 12/21/2017 | $20,000.00 | Check | 1125 | Magic Star Arrow Entertainment LLC |
| 8/30/2018 | $556,384.39 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 11/8/2018 | $544,318.85 | Check | 2227 | Magic Star Arrow Entertainment LLC |
| 12/6/2018 | $525,474.12 | Check | 2230 | Magic Star Arrow Entertainment LLC |
| 10/25/2018 | $520,778.92 | Check | 1813 | Magic Star Arrow Entertainment LLC |
| 11/21/2018 | $506,820.50 | Check | 2228 | Magic Star Arrow Entertainment LLC |
| 10/11/2018 | $503,380.44 | Check | 2284 | Magic Star Arrow Entertainment LLC |
| 8/3/2018 | $488,852.19 | Check | 2565 | Magic Star Arrow Entertainment LLC |
| 6/8/2018 | $477,577.69 | Check | 1817 | Magic Star Arrow Entertainment LLC |
| 7/19/2018 | $472,583.88 | Check | 1839 | Magic Star Arrow Entertainment LLC |
| 9/12/2018 | $459,051.28 | Check | 2083 | Magic Star Arrow Entertainment LLC |
| 7/6/2018 | $456,808.02 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 9/27/2018 | $448,549.14 | Check | 1807 | Magic Star Arrow Entertainment LLC |
| 5/25/2018 | $433,659.43 | Check | 1721 | Magic Star Arrow Entertainment LLC |
| 12/19/2018 | $419,239.58 | Check | 3171 | Magic Star Arrow Entertainment LLC |
| 8/16/2018 | $415,144.08 | Check | 2584 | Magic Star Arrow Entertainment LLC |
| 4/25/2018 | $406,247.61 | Check | 1520 | Magic Star Arrow Entertainment LLC |
| 6/21/2018 | $395,494.69 | Check | 1791 | Magic Star Arrow Entertainment LLC |
| 5/10/2018 | $289,374.38 | Check | 1639 | Magic Star Arrow Entertainment LLC |
| 4/11/2018 | $263,221.56 | Check | 1514 | Magic Star Arrow Entertainment LLC |
| 5/3/2018 | $200,000.00 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 3/29/2018 | $196,029.26 | Check | 1578 | Magic Star Arrow Entertainment LLC |
| 3/14/2018 | $124,222.35 | Check | 1417 | Magic Star Arrow Entertainment LLC |
| 2/28/2018 | $105,653.55 | Check | 1355 | Magic Star Arrow Entertainment LLC |
| 2/14/2018 | $90,852.66 | Check | 1299 | Magic Star Arrow Entertainment LLC |
| 1/30/2018 | $20,000.00 | Check | 1244 | Magic Star Arrow Entertainment LLC |
| 1/16/2018 | $20,000.00 | Check | 1220 | Magic Star Arrow Entertainment LLC |
| 1/4/2018 | $15,043.91 | Check | 1179 | Magic Star Arrow Entertainment LLC |
| 1/4/2018 | $10,000.00 | Check | 1178 | Magic Star Arrow Entertainment LLC |
| 2/1/2019 | $704,959.74 | Check | 3185 | Magic Star Arrow Entertainment LLC |
| 5/9/2019 | $651,405.17 | Check | 4142 | Magic Star Arrow Entertainment LLC |
| 4/25/2019 | $642,687.94 | Check | 3440 | Magic Star Arrow Entertainment LLC |
| 4/11/2019 | $630,296.99 | Check | 3436 | Magic Star Arrow Entertainment LLC |
| 1/17/2019 | $601,736.91 | Check | 3217 | Magic Star Arrow Entertainment LLC |
| 3/28/2019 | $585,353.17 | Check | 3433 | Magic Star Arrow Entertainment LLC |
| 5/23/2019 | $576,008.86 | Check | 4176 | Magic Star Arrow Entertainment LLC |
| 2/27/2019 | $546,409.42 | Check | 3190 | Magic Star Arrow Entertainment LLC |
| 3/15/2019 | $541,889.99 | Check | 3187 | Magic Star Arrow Entertainment LLC |
| 2/14/2019 | $537,300.93 | Check | 3220 | Magic Star Arrow Entertainment LLC |
| 1/3/2019 | $504,943.06 | Check | 2600 | Magic Star Arrow Entertainment LLC |
| 7/18/2019 | $443,804.12 | Check | 2945 | Magic Star Arrow Entertainment LLC |
| 7/10/2019 | $427,555.75 | Check | 4041 | Magic Star Arrow Entertainment LLC |
| 9/13/2019 | $423,842.92 | Check | 3916 | Magic Star Arrow Entertainment LLC |
| 6/20/2019 | $405,389.99 | Check | 4200 | Magic Star Arrow Entertainment LLC |

| Chase Metals - Bank of America xxxx-4024 | | | | |
|---|---|---|---|---|
| 6/6/2019 | $336,338.22 | Check | 4194 | Magic Star Arrow Entertainment LLC |
| 8/15/2019 | $297,315.96 | Check | 3843 | Magic Star Arrow Entertainment LLC |
| 8/6/2019 | $297,038.86 | Check | 3841 | Magic Star Arrow Entertainment LLC |
| 10/28/2019 | $231,694.55 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 10/11/2019 | $224,810.48 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 9/27/2019 | $218,842.93 | Check | 3920 | Magic Star Arrow Entertainment LLC |
| 11/12/2019 | $218,719.63 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 11/29/2019 | $124,114.98 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 12/17/2019 | $87,997.79 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 12/18/2019 | $85,000.00 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 10/21/2019 | $75,000.00 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 10/7/2019 | $50,000.00 | Check | 4024 | Magic Star Arrow Entertainment LLC |
| 9/13/2019 | $50,000.00 | Check | 3917 | Magic Star Arrow Entertainment LLC |
| 11/14/2019 | $42,500.00 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 10/31/2019 | $42,500.00 | Wire | N/A | Magic Star Arrow Entertainment LLC |
| 1/27/2020 | $49,483.88 | Check | 2252 | Magic Star Arrow Entertainment LLC |
| 1/15/2020 | $47,656.08 | Check | 2253 | Magic Star Arrow Entertainment LLC |
| **Total** | **$20,108,061.31** | | | |