IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLY CRAWFORD, IN HIS CAPACITY AS RECEIVER, <br><br> Plaintiff, <br><br> v. <br><br> MAGICSTAR ARROW ENTERTAINMENT, LLC, MAGICSTAR ARROW, INC., AND CARLOS CRUZ, <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 3:22-cv-01935-X |

## JOINT REPORT REGARDING SETTLEMENT NEGOTIATIONS

Pursuant to the Court's order on January 17, 2025 [ECF No. 76], the parties file this joint report regarding the status of settlement negotiations.

1. On Wednesday, April 16, 2025, Plaintiff and Defendants conducted a mediation before the Honorable Robert Jenevein at 1717 Main Street, 25th Floor, Dallas, Texas 75201 (the "Mediation").

2. The Plaintiff and his co-counsel, Charlene Koonce of the law firm of Brown Fox, PLLC and Peter Lewis of the law firm of Scheef & Stone, LLP, along with counsel for the Defendants, Sara Babineaux of the law firm of Tillotson Johnson & Patton, appeared in person at the Mediation while the Defendants appeared via Zoom.

3. The parties were unable to reach an agreement to resolve the above styled Litigation at the Mediation.

4. On May 20, 2025, counsel for Defendants transmitted a settlement offer to counsel for Receiver. Since then, counsel for both sides have been actively engaged in settlement negotiations.

5. On May 23, 2025, the parties reached a settlement in principle, and are in the process of executing a settlement agreement.

Respectfully submitted,

By: /s/ Charlene C. Koonce
Charlene C. Koonce
  State Bar No. 11672850
  charlene@brownfoxlaw.com
Andrew Debter
State Bar No. 24133954
andrew@brownfoxlaw.com

**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
T: (214) 327-5000
F: (214) 327-5001

Peter Lewis
  State Bar No. 12302100
  peter.lewis@solidcounsel.com
**SCHEEF & STONE, L.L.P.**
500 North Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200
(214) 706-4242 Facsimile

**ATTORNEYS FOR PLAINTIFF
KELLY CRAWFORD, IN HIS
CAPACITY AS RECEIVER**

By: /s/ Jeffrey M. Tillotson
Jeffrey M. Tillotson
  State Bar No. 20039200
  jtillotson@tillotsonlaw.com
Sara Babineaux
  State Bar No. 24125102
  sbabineaux@tillotsonlaw.com
**TILLOTSON JOHNSON & PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
T: (214) 382-3041
F: (214) 292-6564

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.